UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL HERMAN,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>      Defendants. | 21-CV-6295 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **April 30, 2024 at 11:00 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code 920 466 660 #.** Counsel for the parties should be prepared to discuss the status of discovery and a schedule for the completion of all discovery.

DATED: April 22, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge