

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Elisheva L. Rosen
*Assistant Corporation Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

April 25, 2024

**BY ECF**
Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        Re:  Nathanial Herman v. City of New York, et al.
              Index No.: 21-CV-06295

Dear Magistrate Judge Tarnofsky:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned proceeding. I write to request an adjournment of the April 30, 2024 conference (see ECF Dkt. No. 41) because it is scheduled for Passover, which the undersigned observes. Plaintiff consents to this request. This is Defendants' first request for an adjournment.

      If the Court grants the request to adjourn the conference, in an effort to avoid another scheduling conflict, the undersigned will be unavailable on May 2, 2024 after 1:00pm due to a previously scheduled vacation, May 8, 2024 due to an all-day mediation, and May 21-28, 2024 due to a previously scheduled vacation.

      Accordingly, for the reasons set forth above, I respectfully request that the April 30, 2024 conference be adjourned.

      Thank you for your consideration of this matter.

                                                              Respectfully submitted,

                                                              /s/ Elisheva L. Rosen
                                                          Elisheva L. Rosen
                                                          Assistant Corporation Counsel

cc: **By ECF**
Marshall Bellovin
Ballon Stoll P.C.
810 Seventh Avenue, Suite 405
New York, N.Y. 10019
212.575.7900 (ext 3270)
mbellovin@ballonstoll.com

Honorable Andrew L. Carter, Jr.
United States District Judge

> The application is GRANTED.
>
> The April 30, 2024 conference is adjourned to May 2, 2024 at 12:00 PM. Counsel for the parties are directed to join the conference at the scheduled time by dialing **(646)-453-4442, Access Code 920 466 660 #.**
>
> The Clerk of Court is respectfully requested to terminated ECF 43.
>
> Dated: April 25, 2024
> New York, NY
>
> SO ORDERED
> *Robyn Tarnofsky*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE