

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**Elisheva L. Rosen**
*Assistant Corporation Counsel*
Phone: (212) 356-3522
Fax: (212) 356-2349
Email: erosen@law.nyc.gov

> The request to extend the fact discovery deadline until February 4, 2025 is GRANTED. No further extensions of this deadline will be granted absent good cause shown. The Clerk of Court is respectfully requested to terminate ECF 60.
>
> Date: 11/18/2024
> New York, NY
>
> SO ORDERED
>
> *[signature]*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**BY ECF**
Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Nathanial Herman v. City of New York, et al.
      Index No.: 21-CV-06295

Dear Magistrate Judge Tarnofsky:

I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned proceeding. I write jointly with Plaintiff's counsel, in accordance with the Court's May 22, 2024 case management plan (ECF Dkt. No. 49), to provide a discovery status update and to request that the Court extend the close of fact discovery from December 4, 2024 to February 4, 2024.

The parties have exchanged discovery demands and responses. As part of his discovery responses, Plaintiff provided several signed releases. Defendants have sent out the releases and are awaiting responses. Defendants are also preparing a supplemental discovery production and expects to produce these documents to Plaintiff within thirty (30) days. Plaintiff's deposition is scheduled to take place on December 2, 2024 by remote means.

The parties respectfully request a two-month extension of discovery to permit the parties to take depositions and serve post-deposition discovery demands. This is the parties' first request for an extension of discovery.

Accordingly, for the reasons set forth above, the parties respectfully request a two month extension of discovery for the purposes of completing depositions and post-deposition discovery demands.

Thank you for your consideration of this matter.

1

Respectfully submitted,

/s/ Elisheva L. Rosen

Elisheva L. Rosen
Assistant Corporation Counsel

cc: **By ECF**
Marshall Bellovin
Alyssa N. Grzesh
Ballon Stoll P.C.
810 Seventh Avenue, Suite 405
New York, N.Y. 10019
212.575.7900 (ext 3270)
mbellovin@ballonstoll.com
agrzesh@ballonstoll.com

Honorable Andrew L. Carter, Jr.
United States District Judge

2