UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
NATHANIEL HERMAN,

                   **Plaintiff,**

                 **-against-**                                   1:21-cv-06295 (ALC) (RFT)

CITY OF NEW YORK and LIEUTENANT      ORDER
ALI MIRANDA, *New York City Police*
*Department Lieutenant*,

                   **Defendants.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On March 24, 2025, Defendants filed a letter with this Court requesting a pre-motion conference on a proposed motion for summary judgment. ECF No. 65. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to the Defendants' letter motion by **April 7, 2025**, indicating its position.

**SO ORDERED.**

**Dated:  April 3, 2025**
         **New York, New York**                           **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**