UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATHANIEL HERMAN,

                              *Plaintiff,*

    -against-

CITY OF NEW YORK, and NEW YORK CITY
POLICE DEPARTMENT LIEUTENANT
ALI MIRANDA

                              *Defendants.*

------------------------------------------------------------X

Case No. 21-cv-6295 (ALC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/10/2025

[~~PROPOSED~~] ORDER

Upon consideration of Plaintiff's Letter Motion dated October 10, 2025, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a redacted version of the Response in Opposition to Defendants' Motion for Summary Judgment and accompanying Exhibits A–D, originally filed at ECF No. 82; and

2. The Clerk of Court is directed to seal or restrict public access to the unredacted filing at ECF No. 82.

SO ORDERED.

Dated: October 10, 2025
        New York, New York

                                          Hon. Andrew L. Carter, Jr.
                                          United States District Judge