UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

NATHANIEL HERMAN,

                                   Plaintiff,

                              -against-                              1:21-cv-06295 (ALC) (RFT)

CITY OF NEW YORK and LIEUTENANT        ORDER
ALI MIRANDA, *New York City Police*
*Department Lieutenant*,

                                Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       On October 20, 2025, Defendants filed a motion with this Court requesting to strike Plaintiff's Rule 56.1 Statement and Plaintiff's Counter to Defendants' Rule 56.1 Statement. ECF No. 91. The Court sets the following briefing schedule:

       Plaintiff's Opposition:                       November 4, 2025

       Defendants' Reply, if any:                November 11, 2025

**SO ORDERED.**

**Dated:  October 21, 2025**

       New York, New York                                  **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**