**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------  x

NATHANIEL HERMAN,                                    :
                                                     :
         **Plaintiff,**                          :
                                                     :
     **-against-**                              :        **21-cv-6295 (ALC)(RFT)**
                                                     :
**CITY OF NEW YORK and LIEUTENANT**                  :      **ORDER OF**
**ALI MIRANDA,** *New York City Police*              :      **DISCONTINUANCE**
*Department Lieutenant*,                              :
                                                     :
        **Defendants.**                         :
                                                     :
--------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

**Dated:  June 2, 2026**
     **New York, New York**                 **ANDREW L. CARTER, JR.**
                                      **United States District Judge**